No. **CR-08 00452-RMW** PVT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

*SAN JOSE DIVISION*

FILED
JUL 9 - 2008

---

THE UNITED STATES OF AMERICA

vs.

__WENCESLADO VALENCIA-LOPEZ__

---

# INDICTMENT

**COUNT ONE**: 8 U.S.C. Section 1326 - Illegal Re-Entry Following Deportation

---

*A true bill.*

_____
Foreperson

*Filed in open court this* __9__ *day of* __July__

*A.D. 2008*

_____
UNITED STATES MAGISTRATE JUDGE

*Bail. $* __No Process Required__

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3  E-FILING

FILED

JUL 9 - 2008

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) CR 08 00452 RMW PVT |
|---|---|
| Plaintiff, | ) |
| v. | ) VIOLATION: 8 U.S.C. § 1326 – |
|  | ) Illegal Re-Entry Following Deportation |
| WENCESLADO VALENCIA-LOPEZ, | ) |
|  | ) |
| Defendant. | ) SAN JOSE VENUE |

INDICTMENT

The Grand Jury charges:

On or about May 27, 2008, the defendant

WENCESLADO VALENCIA-LOPEZ,

an alien, previously having been arrested and deported from the United States on or about December 9, 1994, December 14, 1998, May 23, 2000, and September 8, 2003, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-application by the defendant for

//

//

INDICTMENT

1  admission into the United States, in violation of Title 8, United States Code, Section 1326.

2  DATED: 7/9/08                                    A TRUE BILL.

                                                   /s/ Ramona Weil
                                                   FOREPERSON

6  JOSEPH P. RUSSONIELLO
   United States Attorney

   /s/ David R. Callaway
9  DAVID R. CALLAWAY
   Deputy Chief, San Jose Branch Office

12 (Approved as to form: ___/s/ Chad Mandell___ )
                          SAUSA CHAD MANDELL

INDICTMENT

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

| BY: | ☐ COMPLAINT | ☐ INFORMATION | ☑ INDICTMENT | | Name of District Court, and/or Judge/Magistrate Location |
|---|---|---|---|---|---|
| | | | ☐ SUPERSEDING | | NORTHERN DISTRICT OF CALIFORNIA |

**OFFENSE CHARGED**

COUNT ONE: 8 U.S.C. § 1326 - Illegal Re-Entry Following Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-FILING

**PENALTY:**
20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

**DEFENDANT - U.S.**

▶ WENCESLADO VALENCIA-LOPEZ

**DISTRICT COURT NUMBER**

CR-08 00452 RMW PVT

FILED
JUL 9 - 2008
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
S/A TIMOTHY F. PURDY - ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.
08-70338 RS

Name and Office of Person Furnishing Information on THIS FORM

JOSEPH P. RUSSONIELLO
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   CHAD MANDELL

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☑ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments: