**\*E-FILED \***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte    **REPORTER:** Summer Clanton

**DATE:** August 11, 2008    **TIME:** 9:00 am

**CRIMINAL NO.:** CR-08-00452-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- WENCESLADO VALENCIA-LOPEZ (P) (C)
  **APPEARANCES:**

**PLTF:** AUSA: C. Mandell    **DEFT:** L. Vinnard
  **INTERPRETER:**      L. Acre

**COURT ACTION: STATUS HEARING**

**Hearing Held. The defense needs additional time to investigate the case. The Court continued this matter to 9/8/08 @ 9:00 AM for a Status Hearing. The Court excluded time based on effective preparation. Time is excluded to 9/8/08. Government to prepare exclusion order.**

        /s/ Jackie Garcia
          **JACKIE GARCIA**
        **Courtroom Deputy**