1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753            ***E-FILED - 3/6/09***

5  Counsel for Defendant VALENCIA-LOPEZ

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                              SAN JOSE DIVISION
10
   UNITED STATES OF AMERICA,        )   No. CR-08-00452-RMW
11                                   )
              Plaintiff,             )   **STIPULATION TO CONTINUE**
12                                   )   **HEARING AND EXCLUDE TIME;**
   v.                                )   **[] ORDER**
13                                   )
   WENCESLADO VALENCIA-LOPEZ         )
14                                   )
              Defendant.             )
15 _____ )

16      Defendant and the government, through their respective counsel, hereby stipulate that,

17 subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for

18 Monday, March 2, 2009 at 9:00 a.m., be continued to Monday, March 23, 2009, at 9:00 a.m.

19 The continuance is requested to allow defense counsel further time for effective preparation and

20 investigation.  Additionally, the parties are reviewing new discovery regarding one of the

21 defendant's prior convictions.

22      The parties further agree that time should be excluded under the Speedy Trial Act because

23 ///

24 ///

25 ///

26 ///

STIPULATION TO CONTINUE
HEARING DATE; [] ORDER
No. CR-08-00452 RMW                      1

the defense requires time for effective preparation and investigation, and the ends of justice outweigh the defendant's and the public's need for a speedy trial.

Dated: _____/s/_____
LARA S. VINNARD
Assistant Federal Public Defender

Dated: _____/s/_____
CHAD MANDELL
Assistant United States Attorney

## [] ORDER

The parties have jointly requested a continuance of the hearing set for Monday, March 2, 2009, to allow time for the defense to complete investigation, and for the parties to review new discovery.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Monday, March 2, 2009, be continued to Monday, March 23, 2009, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from March 2, 2009 to March 23, 2009, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated: 3/6/09                         _____/s/ Ronald M. Whyte_____
RONALD M. WHYTE
United States District Judge