1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753          ***E-FILED - 12/22/09***

5  Counsel for Defendant VALENCIA-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-00452-RMW |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| ) | **SENTENCING HEARING; []** |
| v. ) | **ORDER** |
| ) | |
| WENCESLADO VALENCIA-LOPEZ ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, December 7, 2009 at 9:00 a.m., be continued to Monday, December 14, 2009, at 9:00 a.m.  The continuance is requested to allow government counsel additional time to respond to the defendant's sentencing memorandum, and to allow the Court sufficient to review the memoranda.  Probation Officer Waseem Iqbal has no objection to the continuance.

Dated: 12/3/09                    _____/s/_____
                                  LARA S. VINNARD
                                  Assistant Federal Public Defender


Dated: 12/3/09                    _____/s/_____
                                  CHAD MANDELL
                                  Assistant United States Attorney

STIPULATION TO CONTINUE
HEARING DATE; [] ORDER
No. CR-08-00452 RMW            1

**[] ORDER**

The parties have jointly requested a continuance of the hearing set for Monday, December 7, 2009, allow time for the government to respond to the defendant's sentencing memorandum and for the Court the review the memoranda.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Monday, December 7, 2009, be continued to Monday, December 14, 2009, at 9:00 a.m.

Dated:   12/22/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge